# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-6851 CAS (JCx) | Date | November 20, 2009 |
|---|---|---|---|
| Title | G. ALEXANDER HILL; ET AL. v. NATIONAL ASSOCIATION OF FLIGHT INSTRUCTORS, INC. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present                           Not Present

**Proceedings:** **(In Chambers:) DEFENDANT NATIONAL ASSOCIATION OF FLIGHT INSTRUCTORS, INC.'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR DEFENDANT'S MOTION TO TRANSFER VENUE, OR IN THE ALTERNATIVE, TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION UNTIL THE MOTION TO TRANSFER CAN BE HEARD** (filed 10/18/09)

Defendant's ex-parte application for an order shortening the time to hear its motion to transfer venue, or in the alternative, to continue the hearing on plaintiffs' motion for preliminary injunction until the motion to transfer can be heard, is denied. Notwithstanding the foregoing, the Court sets the hearing on defendant's motion to transfer venue for December 7, 2009 at 10:00 a.m. Plaintiffs shall file any opposition on or before November 30, 2009. Defendant shall file any reply on or before December 3, 2009.

IT IS SO ORDERED.

                                                                    00   :   00

                        Initials of Preparer                              CMJ