| | |
|---|---|
| 1 | Audra M. Mori, Bar No. 162850 |
|   | AMori@perkinscoie.com |
| 2 | Katherine M. Dugdale, Bar No. 168014 |
|   | KDugdale@perkinscoie.com |
| 3 | PERKINS COIE LLP |
|   | 1888 Century Park E., Suite 1700 |
| 4 | Los Angeles, CA  90067-1721 |
|   | Telephone:  310.788.9900 |
| 5 | Facsimile:  310.788.3399 |
| 6 | Attorneys for Defendant |
|   | NATIONAL ASSOCIATION OF FLIGHT |
| 7 | INSTRUCTORS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| G. ALEXANDER HILL, an individual; JO ANN K. HILL, an individual; and RICHARD STOWELL, an individual, | | Case No. 09cv06851 CAS-JC |
| Plaintiffs, | | STIPULATION TO DISMISS FIFTH CLAIM FOR UNFAIR BUSINESS PRACTICES FROM PLAINTIFFS' FIRST AMENDED COMPLAINT |
| v. | | |
| NATIONAL ASSOCIATION OF FLIGHT INSTRUCTORS, INC., a Kentucky corporation; and DOES 1 through 10, inclusive, | | *[Proposed] Order re Stipulation lodged concurrently herewith* |
| Defendants. | | |

Plaintiffs and Defendant National Association of Flight Instructors, Inc. ("NAFI") stipulate that Plaintiffs' Fifth Claim for Unfair Business Practices pursuant to California Business and Profession Code §17200 et seq. in their First Amended Complaint be dismissed without prejudice.  Plaintiffs and NAFI further

/ / /

64151-0002/LEGAL17421604.1                                -1-

1  stipulate that NAFI shall have 14 days after entry of the Court's Order regarding the
2  dismissal of the claim to file its response to the First Amended Complaint.

4          IT IS SO STIPULATED.

6  DATED:  December 11, 2009            **PERKINS COIE LLP**

                                        By: s/ Katherine M. Dugdale
                                            Katherine M. Dugdale
                                        Attorneys for Defendant
                                        NATIONAL ASSOCIATION OF
                                        FLIGHT INSTRUCTORS, INC.

11 DATED:  December 11, 2009            **EISENBERG RAIZMAN**
                                        **THURSTON & WONG LLP**

                                        By: s/ Adam J. Thurston
                                            Adam J. Thurston
                                        Sheldon Eisenberg
                                        Attorneys for Plaintiffs
                                        G. ALEXANDER HILL, JO ANN K.
                                        HILL, and RICHARD STOWELL