Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Defendant
NATIONAL ASSOCIATION OF FLIGHT
INSTRUCTORS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. ALEXANDER HILL, an individual; JO ANN K. HILL, an individual; and RICHARD STOWELL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF FLIGHT INSTRUCTORS, INC., a Kentucky corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 09cv06851 CAS-JC<br><br>[PROPOSED] ORDER RE STIPULATION TO DISMISS FIFTH CLAIM FOR UNFAIR BUSINESS PRACTICES FROM PLAINTIFFS' FIRST AMENDED COMPLAINT<br><br>*Stipulation to Dismiss filed concurrently herewith* |

Pursuant to the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the Fifth Claim for Unfair Business Practices pursuant to California Business and Professions Code §17200 is dismissed from the First Amended Complaint without prejudice.  Defendant National Association of Flight

/ / /

/ / /

64151-0002/LEGAL17421642.1                               -1-

1  Instructors, Inc. shall have 14 days from the date of this Order to file a response to
2  the First Amended Complaint.
3
4       IT IS SO ORDERED.
5
6  Dated: _____, 2009       _____
                                                       HON. CHRISTINA A. SNYDER
7                                                          United States District Judge
8
...
28