1  Audra M. Mori, Bar No. 162850
   AMori@perkinscoie.com
2  Katherine M. Dugdale, Bar No. 168014
   KDugdale@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
4  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
5  Facsimile:  310.788.3399

6  Attorneys for Defendant
   NATIONAL ASSOCIATION OF FLIGHT
7  INSTRUCTORS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| G. ALEXANDER HILL, an individual; JO ANN K. HILL, an individual; and RICHARD STOWELL, an individual, | Case No. 09cv06851 CAS-JC |
|---|---|
| Plaintiffs, | ORDER RE STIPULATION TO DISMISS FIFTH CLAIM FOR UNFAIR BUSINESS PRACTICES FROM PLAINTIFFS' FIRST AMENDED COMPLAINT |
| v. | |
| NATIONAL ASSOCIATION OF FLIGHT INSTRUCTORS, INC., a Kentucky corporation; and DOES 1 through 10, inclusive, | *Stipulation to Dismiss filed concurrently herewith* |
| Defendants. | |

Pursuant to the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the Fifth Claim for Unfair Business Practices pursuant to California Business and Professions Code §17200 is dismissed from the First Amended Complaint without prejudice.  Defendant National Association of Flight Instructors, Inc. shall have 14 days from the date of this Order to file a response to the First Amended Complaint.

IT IS SO ORDERED.
Dated:  December 14, 2009

_____
HON. CHRISTINA A. SNYDER
United States District Judge

64151-0002/LEGAL17421642.1                     -1-